# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/29/2015 9:57:56 AM
PAM ESTES
Clerk

Court of Appeals No. (If known): **12 - 15 - 00236 - CV**

Trial Court Style:_____ Dowtech Specalty Contractors, Inc. vs. City of Nacogdoches and Aeromix Systems, Inc.

Trial Court & County:_____ 145TH DISTRICT COURT, NACOGDOCHES COUNTY, TX

Trial Court No.:__C1228865

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due:_____10.1.15

Anticipated Number of Pages of Record:_____250

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

[X]    to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

[ ]    my duties listed below preclude working on this record:


Other. (Explain


I anticipate this record will be completed and forwarded to the 12th Court of Appeals by ____11.29.15____, and **I hereby request an additional ____30____ days** within which to prepare it. TEX. R. APP. P. 37.3.


In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.


10.29.15_____    *Candace A. Parke*

Date                                          Signature

____936.560.7797_____    Candace A. Parke_____

Office Phone Number                              Printed Name

~~cjnerks@co.nacogdoches.tx.us~~                 Official      Reporter,      145th     District     Court
E-mail Address (if available)                    Official Title

Trial Clerk's/Court Reporter's Request for Ext/12th CA-CsL/Tyler/12-3-97/Rev.5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:                    Lead Counsel for **APPELLEE(S)**:


Name:_BLAKE C. NORVELL_____          Name:_____TOM BELANGER____

Address:_37 Cypress Point Street_____         Address:___P. O. Drawer 631248___

_Abilene, TX 79606_____         Nacogdoches, Texas 75963-1248

Phone no.:_325.695.1708_____         Phone No. 936.564.4315

Attorney for:_Dowtech Specalty Contractors, Inc._  Attorney for: City of Nacogdoches and Aeromix

                                                    Systems, Inc.